UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

820422
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for LAKEVIEW LOAN SERVICING, LLC

In Re:

PEDRO ANTONIO DE LOS SANTOS A/K/A
NELSON I. ANTONIO A/K/A PEDRO I. ANTONIO

Case No: 19-10706 - ABA

Judge: Andrew B. Altenburg, Jr

Chapter: 13

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>LAKEVIEW LOAN SERVICING, LLC</u> with regards to its mortgage. Said Mortgage was recorded on June 5, 2015, Book 10208, Page 803 on the real property, located at 14 KAY LANE, SICKLERVILLE, NJ 08081-9734 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: January 17, 2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com