Certificate Number: 03088-NJ-DE-032746051

Bankruptcy Case Number: 19-10706



03088-NJ-DE-032746051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 30, 2019</u>, at <u>11:38</u> o'clock <u>AM CDT</u>, <u>Nelson I Antonio</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>April 30, 2019</u>                By:  <u>/s/Doug Tonne</u>

                                Name:  <u>Doug Tonne</u>

                                Title:  <u>Counselor</u>