KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for Toyota Lease Trust

---

IN THE MATTER OF:

Nelson I. Antonio aka Pedro I Antonio aka Pedro I Antonio De Los Santos aka Pedro Antonio De Los Santos
    DEBTOR(S),

Liriana Reyes
    CO-DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

CHAPTER 13
CASE NO. 19-10706 ABA

**NOTICE OF MOTION FOR RELIEF FROM STAY & CO-DEBTOR STAY**

TO:
Nelson I. Antonio aka Pedro I Antonio aka Pedro I Antonio De Los Santos aka Pedro Antonio De Los Santos
14 Kay Lane
Sicklerville, NJ 08081

Liriana Reyes
14 Kay Lane
Sicklerville, NJ 08081

Brad J. Sadek
 Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Isabel C. Balboa Esq.
Chapter 13 Standing Trustee
Cherry Tree Corporate Center - 535 Route 38 - Suite 580
Cherry Hill, NJ 08002

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102


      PLEASE TAKE NOTICE THAT the undersigned attorney for **Toyota Lease Trust**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **401 Market Street, P.O. Box 2067; Camden, NJ**, for an Order to Grant Relief from the Automatic Stay & Co-Debtor Stay to authorize the moving parties to prosecute a repossession action for the reason that the debtors and Liriana Reyes, Co-Debtor have failed to maintain their monthly payments to the Secured Creditor as more particularly set forth in the certification submitted herewith.

The property involved is known as **2018 Toyota Tundra C4X4, VIN: 5TFAY5F14JX737639,** . The hearing on this matter is scheduled for **July 23, 2019 at 10:00 A.M.**

Dated:  June 28, 2019                                     **/s/Rebecca A. Solarz, Esq.**
                                                          Brian C. Nicholas, Esquire
                                                          Rebecca A. Solarz, Esquire
                                                          KML Law Group, P.C.
                                                          216 Haddon Avenue, Ste. 406
                                                          Westmont, NJ 08108
                                                          (215) 627-1322
                                                          rsolarz@kmllawgroup.com
                                                          Attorney for Toyota Lease Trust