| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>(201)549-2363<br>dcarlon@kmllawgroup.com<br>Toyota Lease Trust | |
| In Re:<br><br>Nelson I. Antonio aka Pedro I Antonio aka Pedro I Antonio De Los Santos aka Pedro Antonio De Los Santos<br><br>DEBTOR<br><br>Liriana Reyes<br><br>CO-DEBTOR | Case No: 19-10706 ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg Jr. |

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

RAHNAE SPOONER , employed as Supplier Management Administrator by Toyota Lease Trust, hereby certifies the following:

Vehicle lender/lessor: Toyota Lease Trust

Vehicle description: 2018 Toyota Tundra C4X4, VIN: 5TFAY5F14JX737639

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on) 01/11/2019

| Amount Due | Date Payment Due | Date payment received | Amount received | How payment applied (mo/yr) | Type of payment (see Legend below) |
|---|---|---|---|---|---|
| $796.68 | 02/01/2019 | 02/22/2019 | $800.00 | 02/01/2019 | $3.32 |
| $796.68 | 03/01/2019 | 04/02/2019 | $800.00 | 03/01/2019 | $6.64 |

|  |  | 05/13/2019 | $1.03 | *to suspense | $7.67 |
|  |  | 06/10/2019 | $15.94 | *to suspense | $23.61 |
| $796.68 | 04/01/2019 | N/A | N/A | N/A | $23.61 |
| $796.68 | 05/01/2019 | N/A | N/A | N/A | $23.61 |
| $796.68 | 06/01/2019 | N/A | N/A | N/A | $23.61 |
| TOTAL DUE: $3,983.40 |  | RECEIVED: $1,616.97 |  | ARREARS: $2,366.43 | SUSPENSE: $23.61 |

[Continue on attached sheets if necessary]

Monthly payments past due at  $796.68  per month from  April 2019  to  June 2019  : $ $ 2,390.04

Suspense Balance: $ 23.61

Plus miscellaneous amounts due:

        Late Charges:    $ _____

        Repossession fees:    $ _____

        Extension fees:    $ _____

        Other:    $ _____

**TOTAL POST-PETITION PAST DUE.** $2,366.43

**TOTAL DEBT.** $ 53,776.80

**FAIR MARKET VALUE.** $ 43,625.00

---

Pre-petition arrears: $ 836.51

**Legend:** MP = monthly payment; EXF = Extension fee; LC – Late Charge; O = Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: 6/24/19

                                            Signature