UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave., Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

In Re:

Nelson Antonio,
Debtor;
and
Liriana Reyes,
Co-Debtor.

Case No.: 19-10706-ABA

Adv. No.: 

Chapter: 13

Hearing Date: 7/23/2019

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Denise Carlon, Esq.,

   ☒ am the attorney for: Toyota Lease Trust

   ☐ am self-represented

   Phone number: 201-549-2363

   Email address: dcarlon@kmllawgroup.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay

   Current hearing date and time: 7/23/2019

   New date requested: 8/6/2019

   Reason for adjournment request: To allow the parties additional time to resolve this matter amicably.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 07/18/2019                              /s/ Denise Carlon
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: 8/6/19 at 10 am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2