UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

In Re:

Nelson Antonio,

Debtor.

Case No.:  19-10706-ABA

Chapter:  13

Hearing Date:  8/6/2019

Judge:  Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 2018 Toyota Tundra (Docket # 55)

_____

Date: 8/5/2019                           /s/ Denise Carlon
                                         Signature

*rev.8/1/15*