UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: James French, Esq. (Atty. I.D.#JF9442)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: LoanCare, LLC as servicer
for Lakeview Loan Servicing, LLC.

| | |
|---|---|
| In Re: | Case No.: 19-10706-ABA |
| Nelson I Antonio aka Pedro I Antonio aka Pedro I Antonio De Los Santos aka Pedro Antonio De Los Santos | Chapter: 13 |
|       Debtor | Judge: Andrew B. Altenburg Jr. |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Lakeview Loan Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    McCABE, WEISBERG & CONWAY, LLC
                216 Haddon Avenue
                Suite 201
                Westmont, NJ 08108

DOCUMENTS

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: <u>10/29/2019</u>

                                <u>/s/ James French, Esq.</u>
                                  Signature