Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-10706 (ABA)**

Nelson I. Antonio  
14 Kay Lane  
Sicklerville, NJ  08081

Monthly Payment: $1,500.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/13/2019 | $950.00 | 03/04/2019 | $950.00 | 04/12/2019 | $1,400.00 | 05/08/2019 | $1,500.00 |
| 06/17/2019 | $1,500.00 | 07/15/2019 | $1,500.00 | 08/26/2019 | $1,500.00 | 09/25/2019 | $1,500.00 |
| 11/04/2019 | $1,000.00 | 11/18/2019 | $500.00 | 12/05/2019 | $1,000.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NELSON I. ANTONIO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $2,940.00 | $2,940.00 | $0.00 | $2,940.00 |
| 1 | CAPITAL ONE BANK USA, N.A. | 33 | $542.75 | $0.00 | $542.75 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | FINANCIAL RECOVERIES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $1,759.13 | $0.00 | $1,759.13 | $0.00 |
| 5 | LAKEVIEW LOAN SERVICING, LLC | 24 | $36,670.49 | $4,438.61 | $32,231.88 | $3,970.82 |
| 6 | MIDLAND FUNDING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | RECEIVABLE MANAGEMENT INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,369.63 | $0.00 | $1,369.63 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $608.42 | $0.00 | $608.42 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $459.40 | $0.00 | $459.40 | $0.00 |
| 12 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $34,769.88 | $4,208.56 | $30,561.32 | $3,765.02 |
| 13 | TOYOTA LEASE TRUST | 24 | $836.51 | $101.25 | $735.26 | $90.58 |
| 14 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | VERIZON BY AMERICAN INFOSOURCE | 33 | $2,077.38 | $0.00 | $2,077.38 | $0.00 |
| 16 | DEPARTMENT STORES NATIONAL BANK | 33 | $2,644.80 | $0.00 | $2,644.80 | $0.00 |
| 17 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PATIENT FIRST | 33 | $68.39 | $0.00 | $68.39 | $0.00 |
| 20 | TOYOTA MOTOR CREDIT CORPORATION | 33 | $2,538.01 | $0.00 | $2,538.01 | $0.00 |
| 21 | TOYOTA LEASE TRUST | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 02/01/2019 | 2.00 | $0.00 |
| 04/01/2019 | Paid to Date | $1,900.00 |
| 05/01/2019 | 57.00 | $1,500.00 |
| 02/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $13,300.00 |
| Total paid to creditors this period: | $11,297.42 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,100.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**