UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: Lauren M. Moyer, Esq. (Atty.**
**I.D.#LM2332)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: Lakeview Loan
Servicing, LLC

| | |
|---|---|
| IN re:<br><br>Nelson I Antonio aka Pedro I Antonio aka Pedro I Antonio De Los Santos aka Pedro Antonio De Los Santos<br>      Debtor | Case No.: 19-10706-ABA<br>Chapter: 13<br>Judge: Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1.     I, <u>Christina Burns</u>:

      ❑ represent the _____ in the above-captioned matter.

      ☒ am the secretary/paralegal for <u>Lauren M. Moyer, Esq.</u>, who represents the <u>Movant</u> in the above captioned matter.

      ❑ am the _____ in the above case and am representing myself.

2.     On <u>February 12, 2020</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

      • Order Resolving Motion to Vacate Stay
      • Certification of Service

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:      <u>February 12, 2020</u>                         <u>/s/ Christina Burns</u>
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nelson I Antonio aka Pedro I Antonio aka Pedro I Antonio De Los Santos aka Pedro Antonio De Los Santos<br>14 Kay Lane<br>Sicklerville, NJ 08081 | Debtor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Ste 502<br>Philadelphia, Pennsylvania 19107 | Attorney for Debtor | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, New Jersey 08002 | Chapter 13 Trustee | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice  Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ❑ Hand-delivered<br>☒ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

 * May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*