| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek and Cooper Law Offices<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107 | |
| In re:<br>     **Nelson I Antonio** | Case No.:  **19-10706**<br><br>Chapter:  **13**<br><br>Adv. No.:<br><br>Hearing Date:  **3/17/2020 @ 10:00 AM**<br><br>Judge:  ABA |

# CERTIFICATION OF SERVICE

1. I, __Brad J. Sadek, Esquire__ :

    ☑ represent __Neslon I. Antonio__ in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __February 14, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   **Modified Chapter 13 Plan and Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __February 14, 2020__                                         __/s/ Brad J. Sadek, Esquire__
                                                                                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Capital One**<br>**Attn: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Citibank/The Home Depot**<br>**Attn: Recovery/Centralized Bankruptcy**<br>**PO Box 790034**<br>**St Louis, MO 63179** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Financial Recoveries**<br>**Attn: Bankruptcy**<br>**PO Box 1388**<br>**Mount Laurel, NJ 08054** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Fingerhut**<br>**Attn: Bankruptcy**<br>**PO Box 1250**<br>**Saint Cloud, MN 56395** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **LoanCare LLC**<br>**PO Box 8068**<br>**Virginia Beach, VA 23450** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Midland Funding**<br>**2365 Northside Dr**<br>**Ste 300**<br>**San Diego, CA 92108** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| Address | | Method |
|---|---|---|
| **Phelan Hallinan Diamond and Jones**<br>**1617 JFK blvd.**<br>**Suite 1400**<br>**Philadelphia, PA 19103** | | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Receivable Management Inc**<br>**7206 Hull Rd**<br>**Ste 211**<br>**Richmond, VA 23235** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Care Credit**<br>**Attn:  Bankruptcy Dept**<br>**PO Box 965061**<br>**Orlando, FL 32896** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Lowes**<br>**Attn:  Bankruptcy Dept**<br>**PO Box 965060**<br>**Orlando, FL 32896** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Walmart**<br>**Attn:  Bankruptcy Dept**<br>**PO Box 965060**<br>**Orlando, FL 32896** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Verizon Wireless**<br>**Attn: Verizon Wireless Bankruptcy Admini**<br>**500 Technology Dr**<br>**Ste 550**<br>**Weldon Spring, MO 63304** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | |

| Address | | Service Method |
|---|---|---|
| **Visa Dept Store National Bank/Macy's**<br>**Attn: Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Yanira Jimenez**<br>**101 Lenape Lane**<br>**Pennsauken, NJ 08110** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **KML Law Group, P.C.**<br>**701 Market Street**<br>**Suite 5000**<br>**Philadelphia, PA 19106** | | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Toyota Motor Credit Co**<br>**Toyota Financial Services**<br>**PO Box 9013**<br>**Addison, TX 75001** | | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **LAKEVIEW LOAN SERVICING, LLC**<br>**LOANCARE, LLC**<br>**3637 SENTARA WAY**<br>**VIRGINIA BEACH VA 23452** | | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel C. Balboa**<br>**Chapter 13 Standing Trustee**<br>**Cherry Tree Corporate Center**<br>**535 Route 38 - Suite 580**<br>**Cherry Hill, NJ 08002** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy