IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**Nelson I. Antonio**

Case No.:    **19-10706**

Chapter:    **13**

Hearing Date:

Judge:    **ABA**

## PRAECIPE TO WITHDRAWAL DOCUMENT

TO THE CLERK:

Please withdrawal the following documents:

*Application for Compensation* filed on February 17, 2020 at Docket No. 73.

Date: February 17, 2020

By: /s/ Brad J. Sadek, Esquire

Attorney for Debtor