| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek and Cooper Law Offices<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107<br><br>In re:<br>　　**Nelson I Antonio** | Case No.: **19-10706**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date: **3/17/2020 @ 10:00 AM**<br><br>Judge: **ABA** |

## CERTIFICATION OF SERVICE

1. I, __**Brad J. Sadek, Esquire**__ :

   ☑ represent __**Neslon I. Antonio**__ in the this matter.

   ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On __**February 14, 2020**__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   **Modified Chapter 13 Plan and Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __**May 20, 2020**__　　　　　　　　　　　　　　　　　　/s/ Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James French<br>McCabe, Weisberg & Conway, LLC<br>216 Haddon Ave<br>Suite 201<br>Westmont, NJ 08108 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Toyota Lease Trust<br>PO Box 9013<br>Addison, TX 75001 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| LAKEVIEW LOAN SERVICING, LLC<br>LOANCARE, LLC<br>3637 SENTARA WAY<br>VIRGINIA BEACH VA 23452 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy