UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

In re:
    **Nelson I Antonio**

| | |
|---|---|
| Case No.: | **19-10706** |
| Chapter: | **13** |
| Adv. No.: | |
| Hearing Date: | **8/17/2020 @ 9AM** |
| Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, __**Brad J. Sadek, Esquire**__ :

    ☑ represent __**Neslon I. Antonio**__ in the this matter.

    ☐ am the secretary/paralegal for ___, who represents

    ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __**February 14, 2020**__ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Modified Chapter 13 Plan and Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __**July 2, 2020**__

__**/s/ Brad J. Sadek, Esquire**__
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Andrew L. Spivack**<br>**Phelan Hallinan Diamond & Jones, PC**<br>**1617 JFK Blvd**<br>**Suite 1400**<br>**Philadelphia, PA 08054** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*

Best Case Bankruptcy