| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek and Cooper Law Offices<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107<br><br>In re:<br>    **Nelson I Antonio** | Case No.: **19-10706**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date: **8/12/2020 @ 9AM**<br><br>Judge: **ABA** |

# CERTIFICATION OF SERVICE

1. I, __Brad J. Sadek, Esquire__ :

   ☑ represent __Neslon I. Antonio__ in the this matter.

   ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On __August 11, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Amended Plan, Certificate of Service and Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __August 11 2020__                                  __/s/ Brad J. Sadek, Esquire__
                                                                                        Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McCabe Weisberg & Conway, LLC<br>216 Haddon Avenue<br>Suite 201<br>Westmont, NJ 08108 | Attorney for Lakeview Loan Servicing | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Lakeview Loan Servicing, LLC<br>David Ertel, CEO & President<br>4425 Ponce de Leon Blvd.<br>5th Floor<br>Coral Gables, FL 33146 | Authorized Agent for Lakeview Loan Servicing | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Rebecca A Solarz, Esquire<br>KML Law Group, PC<br>216 Haddon Avenue<br>Ste 406<br>Westmont, NJ 08108-2812 | Attorney for Toyota Motor Corp | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Toyota Motor Credit Corporation<br>Tetsuo Ogaw, CEO<br>6565 Headquarters Drive<br>Plano, TX 75024 | Authorized Agent for Toyota Motor Credit Corporation | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy