| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek and Cooper Law Offices<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107<br><br>In re:<br>   **Nelson I Antonio** | Case No.:   **19-10706**<br><br>Chapter:   **13**<br><br>Adv. No.:<br><br>Hearing Date:   **9/23/2020 @ 9AM**<br><br>Judge:   **ABA** |

## AMENDED

## CERTIFICATION OF SERVICE

1. I,  **Brad J. Sadek, Esquire**  :

   ☑ represent  **Neslon I. Antonio**  in the this matter.

   ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On  **August 21, 2020**  , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   **Amended Plan, Certificate of Service and Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **August 21, 2020**                                    **/s/ Brad J. Sadek, Esquire**
                                                                                                Signature

1

rev. 8/1/15

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Lauren Moyer**<br>**McCabe, Weisberg & Conway, LLC**<br>**216 Haddon Ave.**<br>**Ste. 201**<br>**Westmont, NJ 08108** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **James French**<br>**McCabe Weisberg**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel C. Balboa**<br>**Chapter 13 Trustee Standing Trustee**<br>**Cherry Tree Corporate Center**<br>**535 Route 38 - Suite 580**<br>**Cherry Hill, NJ 08002-2977** | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

rev. 8/1/15