Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−10706−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nelson I Antonio
    aka Pedro I Antonio, aka Pedro I Antonio
    De Los Santos, aka Pedro Antonio De Los
    Santos
    14 Kay Lane
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−3100

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 24, 2020.

On 9/13/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                    October 13, 2021
Time:                     09:00 AM
Location:                 Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 13, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 19-10706-ABA

Nelson I Antonio                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                   User: admin                                                Page 1 of 3

Date Rcvd: Sep 14, 2021                          Form ID: 185                                           Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nelson I Antonio, 14 Kay Lane, Sicklerville, NJ 08081-9734 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517964643 | + | Financial Recoveries, Attn: Bankruptcy, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518136690 | + | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 517964645 | + | LoanCare LLC, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517987159 | + | Phelan Hallinan Diamond and Jones, 1617 JFK blvd, Suite 1400, Philadelphia PA 19103-1814 |
| 517964651 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |
| 519083772 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518037431 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518019828 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517964641 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 21:18:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518044971 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 14 2021 21:35:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517964642 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:19:13 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 517964654 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2021 21:18:43 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518131821 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2021 21:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517964644 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 14 2021 21:10:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 517964646 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2021 21:10:00 | Midland Funding, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2709 |
| 518124616 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2021 21:18:51 | Portfolio Recovery Associates, LLC, c/o Care |

District/off: 0312-1                          User: admin                                    Page 2 of 3

Date Rcvd: Sep 14, 2021                    Form ID: 185                              Total Noticed: 31

| | | | |
|---|---|---|---|
| | | | Credit, POB 41067, Norfolk VA 23541 |
| 518074119 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Sep 14 2021 21:18:38 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518074073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Sep 14 2021 21:19:05 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518014651 | + | Email/Text: joey@rmscollect.com | |
| | | Sep 14 2021 21:10:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518104177 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Sep 14 2021 21:10:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 517964647 | | Email/Text: joey@rmscollect.com | |
| | | Sep 14 2021 21:10:00 | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 517965762 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 14 2021 21:18:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517964648 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 14 2021 21:18:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 517964649 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 14 2021 21:18:36 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517964650 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Sep 14 2021 21:19:03 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518072658 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | |
| | | Sep 14 2021 21:36:05 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517964653 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Sep 14 2021 21:09:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517964652 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408 |
| 518298674 | ##+ | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518077457 | ##+ | Yanira Jimenez, 101 Lenape Lane, Pennsauken, NJ 08110-3900 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021                    Signature:        /s/Joseph Speetjens

District/off: 0312-1                              User: admin                                    Page 3 of 3
Date Rcvd: Sep 14, 2021                     Form ID: 185                                 Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brad J. Sadek | on behalf of Debtor Nelson I Antonio bradsadek@gmail.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James French | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10