UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Community Loan Servicing, LLC as servicer for Lakeview Loan Servicing, LLC
R.A. LEBRON, ESQ.
IB1615
bankruptcy@fskslaw.com

---

| In Re: | Case No.: 19-10706 ABA |
|---|---|
| Nelson I Antonio<br>aka Pedro I Antonio<br>aka Pedro I Antonio De Los Santos<br>aka Pedro Antonio De Los Santos<br><br>Debtor(s). | Chapter: 13<br><br>Judge: HONORABLE ANDREW B. ALTENBURG, JR. |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Community Loan Servicing, LLC as servicer for Lakeview Loan Servicing, LLC</u>. This party is a party in interest in this case pursuant to a mortgage dated April 27, 2015 and recorded in the Office of the CAMDEN County Clerk/Register on June 5, 2015 in Mortgage Book 10208, Page 803, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                        Counsellors at Law
                        7 Century Drive - Suite 201
                        Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                    **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                    Attorneys for Community Loan Servicing, LLC as servicer for Lakeview Loan Servicing, LLC

Dated: <u>December 10, 2021</u>        By:<u>/s/ R.A. Lebron, Esq.</u>
                                               R.A. LEBRON, ESQ.

Case No.: 19-10706 ABA