IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008

In Re:

| | |
|---|---|
| **Nelson Antonio** | Case No.: **19-10706** |
| debtor | Chapter: **13** |
| | Judge: **ABA** |

## PRAECIPE TO WITHDRAWAL DOCUMENT

TO THE CLERK:

Please withdrawal the following documents:

Modified Chapter 13 Plan  *filed at Docket Number 130.*

Date: September 13, 2022                                   By: /s/ Brad J. Sadek, Esquire

Attorney for Debtor