Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10706−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nelson I Antonio
   aka Pedro I Antonio, aka Pedro I Antonio
   De Los Santos, aka Pedro Antonio De Los
   Santos
   14 Kay Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−3100

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/23/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 23, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-10706-ABA
Nelson I Antonio  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Jun 23, 2023      Form ID: 148      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nelson I Antonio, 14 Kay Lane, Sicklerville, NJ 08081-9734 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517987159 | + | Phelan Hallinan Diamond and Jones, 1617 JFK blvd, Suite 1400, Philadelphia PA 19103-1814 |
| 518077457 | + | Yanira Jimenez, 101 Lenape Lane, Pennsauken, NJ 08110-3900 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517964641 | + | EDI: CAPITALONE.COM | Jun 24 2023 00:29:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518044971 | + | EDI: AIS.COM | Jun 24 2023 00:30:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517964642 | + | EDI: CITICORP.COM | Jun 24 2023 00:29:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 519460097 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519460096 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 20:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 517964654 | + | EDI: CITICORP.COM | Jun 24 2023 00:29:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 518131821 | | EDI: Q3G.COM | Jun 24 2023 00:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517964643 | ^ | MEBN | Jun 23 2023 20:40:34 | Financial Recoveries, Attn: Bankruptcy, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 517964644 | | EDI: BLUESTEM | Jun 24 2023 00:30:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |

Case 19-10706-ABA   Doc 149   Filed 06/25/23   Entered 06/26/23 00:18:35   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: 148 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 518136690 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 23 2023 20:43:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 519788154 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 20:43:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517964645 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 23 2023 20:43:00 | LoanCare LLC, Attn: Consumer Solutions Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517964646 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2023 20:44:00 | Midland Funding, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2710 |
| 518124616 | | EDI: PRA.COM | Jun 24 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518074119 | | EDI: PRA.COM | Jun 24 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518074073 | | EDI: PRA.COM | Jun 24 2023 00:29:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518014651 | + | Email/Text: joey@rmscollect.com | Jun 23 2023 20:44:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 518104177 | | EDI: Q3G.COM | Jun 24 2023 00:29:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 517964647 | | Email/Text: joey@rmscollect.com | Jun 23 2023 20:44:00 | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 519694109 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 20:43:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519694110 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 20:43:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 517965762 | + | EDI: RMSC.COM | Jun 24 2023 00:29:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517964648 | + | EDI: RMSC.COM | Jun 24 2023 00:29:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 517964649 | + | EDI: RMSC.COM | Jun 24 2023 00:29:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517964650 | + | EDI: RMSC.COM | Jun 24 2023 00:29:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517964651 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 23 2023 20:43:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |
| 517964652 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 23 2023 20:43:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408 |
| 518037431 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 23 2023 20:43:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519083772 | | Email/PDF: bncnotices@becket-lee.com | Jun 23 2023 21:03:15 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518019828 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 23 2023 20:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518072658 | + | EDI: AIS.COM | Jun 24 2023 00:30:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517964653 | + | EDI: VERIZONCOMB.COM | Jun 24 2023 00:29:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, |

Case 19-10706-ABA   Doc 149   Filed 06/25/23   Entered 06/26/23 00:18:35   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: 148 | Total Noticed: 38 |

Weldon Spring, MO 63304-2225

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518298674 | ##+ | Rebecca A. Solarz, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ajennings@raslg.com |
| Andrew M. Lubin | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Brad J. Sadek | on behalf of Debtor Nelson I Antonio bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| James French | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Creditor LoanCare LLC as servicer for Lakeview Loan Servicing, LLC jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| R. A. Lebron | on behalf of Creditor COMMUNITY LOAN SERVICING LLC as servicer for LAKEVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Community Loan Servicing LLC as servicer for Lakeview Loan Servicing, LLC bankruptcy@fskslaw.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jun 23, 2023 | Form ID: 148 | Total Noticed: 38

Sindi Mncina
        on behalf of Creditor LAKEVIEW LOAN SERVICING LLC smncina@raslg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14